M. P. No. 77-342. THOMAS J. DUNN, JR. v. EUGENE P. PETIT, JR., *Registrar of Motor Vehicles*. The petition for writ of certiorari is granted and the writ shall issue forthwith without prejudice to the raising of the question of the timeliness of the petition in briefs and oral argument.

This case is consolidated with the case of *Wilbour* v. *Petit*, M. P. No. 77-279. *Nugent and Nugent, J. Joseph Nugent, Sr.*, for petitioner. *F. Thomas O'Halloran*, Office of Special Counsel, Attorney General's Department, for respondent.

M. P. No. 77-376. JOHN F. COUTCHER, *et al.* v. MICHAEL SHERIDAN, *et al.* The petition for writ of certiorari is granted and the writ shall issue forthwith, without prejudice to raising the question of the improvidence of this grant in briefs and oral argument. *William J. Toohey*, City Solicitor, *Frank Cenerini*, Assistant City Solicitor, for petitioners. *John D. Lynch*, for respondents.

APPEAL No. 77-287. ROBERT COPPOLA *et al.* v. STATE OF RHODE ISLAND v. GAIL A. LYNN *and* GARY A. LYNN. The third-party defendants' motion to dismiss the state's appeal is granted.

This case is remanded to the Superior Court for further proceedings which may include, within that court's sound judicial discretion, the entry of judgment accompanied by a Rule 54 (b) certificate. *See Tessier et al.* v. *Ann & Hope Factory Outlet, Inc.*, 113 R.I. 921, 320 A.2d 620 (1974). *Ernest Barone*, for plaintiffs. *Julius C. Michaelson*, Attorney General, *Richard B. Woolley*, Special Assistant Attorney General, for defendants. *Hanson, Curran & Parks, Dennis J. McCarten*, for Gail A. Lynn and Gary A. Lynn, third-party defendants.